IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00764-RPM

CHRISTOPHER BERNIER,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

ORDER GRANTING MOTION TO AMEND COMPLAINT

---

    Upon consideration of Plaintiff's Motion for Leave to Amend the Complaint [10], it is

    ORDERED that the motion is granted and the First Amended Complaint attached thereto is accepted for filing.

    Dated:    July 16th, 2010

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____
                               Richard P. Matsch, Senior District Judge