IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00764-RPM

CHRISTOPHER BERNIER,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

        The Court having determined that a pretrial conference should now be

scheduled, it is

        ORDERED that a pretrial conference is scheduled for **April 19, 2011, at 9:30**

**a.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with

the Instructions for Preparation and Submission of Final Pretrial Order which may be

found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial

Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.**

on **April 14, 2011.**  The conference is conducted with lead counsel present in person.

No parties or representatives of parties will be permitted to attend.

        Dated:   March 3rd, 2011

                                        BY THE COURT:


                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge