IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00764-RPM

CHRISTOPHER BERNIER,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Joint Stipulation for Dismissal [15] filed March 3, 2011, it is

ORDERED that this action is dismissed with prejudice, the parties to bear their own legal fees and costs.

Dated: March 4th, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge